

**HARVIS WRIGHT SALEEM & FETT**

305 Broadway, 14th Floor
New York, New York 10007
Tel: (212) 323-6880
Fax: (212) 323-6881
www.hwsflegal.com

Gabriel P. Harvis
gharvis@hwsflegal.com
Christopher D. Wright
cwright@hwsflegal.com
Afsaan Saleem
asaleem@hwsflegal.com
Baree N. Fett
bfett@hwsflegal.com

May 2, 2013

**BY ECF**
Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  *Lamar Willis v. Police Officer Ana Bell, et al.*, 13 CV 674 (FB)(SMG)

Your Honor:

    I represent the plaintiff in the above-referenced action. I write in response to defendants' request for a pre-motion conference to seek permission to move to change venue to the Southern District.

    While plaintiff disagrees with the arguments raised by defendants as to why venue should be changed to the Southern District, plaintiff does not oppose the transfer. Therefore, plaintiff respectfully submits that a pre-motion conference is not necessary. I thank the Court for its consideration.

                                  Yours truly,

                                  Afsaan Saleem

cc:    Brian Francolla
       Assistant Corporation Counsel