## INITIAL CONFERENCE QUESTIONNAIRE

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __7/21/13__

2. If additional interrogatories beyond the 25 permitted under the federal rules are needed, the maximum number of: plaintiff(s) __15__ and defendant(s) __15__

3. Number of depositions by plaintiff(s) of: parties __4-6__ non-parties __1__

4. Number of depositions by defendant(s) of: parties __1__ non-parties __1__

5. Date for completion of factual discovery: __1/21/14__

6. Number of expert witnesses of plaintiff(s): __N/A__ medical _____ non-medical

   Date for expert report(s): _____

7. Number of expert witnesses of defendant(s): __N/A__ medical _____ non-medical

   Date for expert report(s): _____

8. Date for completion of expert discovery: __N/A__

9. Time for amendment of the pleadings by plaintiff(s) __9/4/13__
   or by defendant(s) _____

10. Number of proposed additional parties to be joined by plaintiff(s) __0-2__ and by defendant(s) _____ and time for completion of joinder: __9/4/13__

11. Types of contemplated dispositive motions: plaintiff(s): __None contemplated.__
    defendant(s): __Summary judgment if appropriate.__

12. Dates for filing contemplated dispositive motions: plaintiff(s): __N/A__
    defendant(s): __2/11/14__

13. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference. __N/A__

14. Have counsel reached any agreements regarding disclosure of experts' work papers (including drafts) and communications with experts? If so, please describe at the initial conference. __N/A__

15. Will the parties *consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (Answer no if any party declines to consent without indicating which party has declined.)
    Yes ____ No __X__

---

* The fillable consent form may be found at http://www.nyed.uscourts.gov/General_Information/Court_Forms/court_forms.html and may be filed electronically upon completion prior to the initial conference, or, brought to the initial conference and presented to the Court for processing.